Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed October 20, 2010.

 

            

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00682-CV

____________

 

IN RE E. I. DU PONT DE NEMOURS &
COMPANY, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On July 23, 2010, relator, E. I. Du Pont Nemours and Company,
filed a petition for writ of mandamus in this Court.  See Tex. Gov’t
Code Ann §22.221 (West 2004); see also Tex. R. App. P. 52.1.  On October
15, 2010, relator filed a motion to dismiss this original proceeding because
the parties have settled the issues between them.  See Tex. R. App. P.
42.1.  The motion is granted. 

            Accordingly, the petition for writ of mandamus is ordered
dismissed.  The stays imposed by this court’s orders issued on July 28, 2010,
and August 27, 2010, are lifted.  

 

                                                PER
CURIAM

Panel
consists of Justices Anderson, Frost, and Seymore.